JS-6

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIDERITA TAN,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 – 20, Inclusive,<br><br>    Defendants. | **Case No.: CV 17-3056-DMG (AFMx)**<br><br>**ORDER RE STIPULATION OF DISMISSAL [14]** |

In accordance with the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice. All dates and deadlines are VACATED.

DATED: October 18, 2017

                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE